```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/26/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JOSE CAPELLAN,

                Plaintiff,

       - against -

SUNFLOWER FISH MARKET INC., et al,

                Defendants.
-------------------------------------------------------------X

23-CV-4509 (JPO) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

     By order dated October 31, 2023, this case was referred for mediation to the Court-annexed mediation program. (Dkt. 21.) On March 25, 2024, the mediator filed a report indicating that the court-ordered mediation did not take place because one or both parties failed, refused to attend, or refused to participate in the mediation. (Dkt. 29.) Accordingly, by April 2, 2024, the parties shall file a joint status letter explaining why the mediation did not go forward, the prospects for settlement at this time, and the status of discovery.

                              SO ORDERED.

                              _____
                              ROBERT W. LEHRBURGER
                              UNITED STATES MAGISTRATE JUDGE

Dated: March 26, 2024
       New York, New York

Copies transmitted this date to all counsel of record.