USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/27/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JOSE CAPELLAN,

                Plaintiff,

      - against -

SUNFLOWER FISH MARKET INC., et al,

               Defendants.
-------------------------------------------------------------X

23-CV-4509 (JPO) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    Following the Court's order of March 26, 2024, the mediator's report was withdrawn as errantly filed in this case. The Court understands the mediation has been schedule for May 10, 2024. Accordingly, the Court's order of March 26, 2024 at Dkt. 29 is stricken. The Clerk of Court is respectfully directed to strike the Court's order at Dkt. 29.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: March 27, 2024
       New York, New York

Copies transmitted this date to all counsel of record.