```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/25/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSE CAPELLAN,

                          Plaintiff,

             - against -

SUNFLOWER FISH MARKET INC., et al,

                        Defendants.
------------------------------------------------------------X

23-CV-4509 (JPO) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      On March 28, 2024, the Court directed the parties to meet and confer and file a letter reporting on status and any issues to be addressed by April 3, 2024. The parties did not file the requested letter. Accordingly, by April 29, 2024, the parties shall file a joint status report.

                                       SO ORDERED.

                                         _____
                                         ROBERT W. LEHRBURGER
                                         UNITED STATES MAGISTRATE JUDGE

Dated: April 25, 2024
       New York, New York

Copies transmitted this date to all counsel of record.