UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSE CAPELLAN, KEINNY TRAPANI and JUANA NUNEZ,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>SUNFLOWER FISH MARKET INC., NO. 1 CALLE 191 PESCADERIA INC. (DBA FISHMARKET), MAO CHU ZHENG (AKA "FRAN") and ZHI Z LIN (AKA "NANCY"), individually,<br><br>　　　　　　　　　Defendants. | 23-CV-04509 (JAV)<br><br>NOTICE OF REASSIGNMENT |

JEANNETTE A. VARGAS, United States District Judge:

　　This case has been reassigned to the undersigned. All counsel must familiarize themselves with the Court's Individual Practices, which are available at https://nysd.uscourts.gov/hon-jeannette-vargas. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment. Nothing herein shall affect the scope of the existing reference to the Magistrate Judge. Any conference or oral argument before or directed by the Magistrate Judge will proceed as ordered.

Dated: January 3, 2025
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　JEANNETTE A. VARGAS
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge