

Hon. Jeannette A. Vargas
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: Capellan v. Sunflower Fish Market Inc. et al.
Case No. 1:23-cv-04509-JAV-RWL

Dear Judge Vargas:

I represent Plaintiffs in the above-referenced matter. I write respectfully to request a brief extension of the Court's August 5, 2025 Order directing Plaintiffs to file their motion for default judgment within two weeks. Due to inadvertence, Plaintiffs were unable to file the motion by the August 19 deadline.

Plaintiffs respectfully request an additional two weeks, up to and including September 2, 2025, to file their motion for default judgment in accordance with the Court's Individual Rules. This brief extension will allow Plaintiffs to finalize their calculations and submit complete materials to the Court.

This is Plaintiffs' first request for an extension of this deadline, and no party will be prejudiced by the requested relief.

We apologize for the oversight and thank the Court for its consideration.

Respectfully submitted,

/s/ Lina Stillman
Lina Stillman
Stillman Legal, P.C.
Attorney for Plaintiffs

---

Plaintiffs' request for an extension of time to file their motion for default judgment from August 19, 2025, to September 2, 2025, is **GRANTED**, *nunc pro tunc*. The Clerk of the Court is respectfully directed to **TERMINATE** ECF No. 96.

Date:   August 22, 2025

**SO ORDERED.**

_____
HON. JEANNETTE A. VARGAS
UNITED STATES DISTRICT JUDGE