UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                                         :

JOSE CAPELLAN, et al.,                                      :

                                                                                        :          23-CV-04509 (JAV) (RWL)

                                Plaintiffs,                    :

                                                                                        :          <u>ORDER SCHEDULING</u>

                             -v-                                        :          <u>DEFAULT JUDGMENT</u>

                                                                                        :                <u>BRIEFING</u>

SUNFLOWER FISH MARKET INC., et al.      :

                                Defendants.              :
-------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

        Pursuant to the Order dated August 5, 2025 (ECF No. 93), Plaintiffs filed motions for default judgment with respect to Defendants Mao Chu Zheng, Zhi Z Lin, and No 1 Calle 191 Pescaderia Inc. This matter has been referred to Magistrate Judge Lehrburger for general pretrial supervision, including for a Report and Recommendation as to the pending default judgment motion.

        Defendant Sunflower Fish Market Inc. has appeared in this action, and litigation with respect to that Defendant is ongoing. Accordingly, the Court will hold in abeyance the pending motion for default judgment until the claims with respect to Sunflower Fish Market Inc. are resolved. At that time, Plaintiffs may renew the motion for default judgment.

        The Clerk of Court is directed to terminate ECF No. 98.

        SO ORDERED.

Dated: November 6, 2025
       New York, New York

                                                          JEANNETTE A. VARGAS
                                                        United States District Judge