UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

JOSE CAPELLAN,

                    Plaintiff,

        - against -

SUNFLOWER FISH MARKET INC., et al,

             Defendants.

-------------------------------------------------------------X

23-CV-4509 (JAV) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The Court is in receipt of the parties' status report filed February 11, 2026 at Dkt. 109. The Court does not endorse open-ended case schedules. Accordingly, all discovery shall be completed by **March 31, 2026**. The parties shall adhere to the procedures governing post-discovery proceedings as set forth in the case management order at Dkt. 20 and as otherwise set forth in the individual rules of Judge Vargas. The parties shall file their next status report by **April 7, 2026**.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: February 12, 2026
      New York, New York

Copies transmitted this date to all counsel of record.

1