UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

JOSE CAPELLAN,

Plaintiff,

- against -

SUNFLOWER FISH MARKET, et al.,

Defendants.

---------------------------------------------------------------X

23-CV-4509 (JAV) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On July 8, 2026, the Court granted defense counsel's motion to withdraw as counsel for Defendant Sunflower Fish Market and ordered that Defendant Sunflower Fish Market appear by counsel by August 7, 2026, and that failure to do so would result in default. (Dkt. 123.) No appearance has been entered. Further, the Court previously held in abeyance motions for default judgment against defendants Mao Chu Zheng, Zhi Zi Lin, and No 1 Calle 191 Pescaderia Inc. until the claims with respect to Sunflower Fish Market Inc. resolved. (Dkt. 106.)

Accordingly, by **September 8, 2026**, Plaintiff shall file a status report addressing its plans with respect to applying for default and moving for default judgment against the various defendants in this matter.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: September 2, 2026
New York, New York

Copies transmitted this date to all parties of record.