UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSE CAPELLAN, Plaintiff, | 23-CV-4509 (JAV) (RWL) |
| - against - | **ORDER** |
| SUNFLOWER FISH MARKET, et al., Defendants. | |

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Plaintiff obtained Certificates of Default against Defendants No. 1 Calle Pescaderia Inc. and Mao Chu Zheng on December 27, 2024 (Dkt. 69) and against Defendant Zhi Z Lin on July 7, 2025 (Dkt. 92.) On August 29, 2025, Plaintiff moved for default judgment against those three Defendants. (Dkt. 98.) The final remaining Defendant, Sunflower Fish Market Inc., had at that time appeared. (Dkt. 12.) On November 6, 2025, Judge Vargas held Plaintiff's motion for default against the other three defendants in abeyance until Plaintiff's claims against the appearing defendant were resolved. (Dkt. 106.)

Since then, counsel for Defendant Sunflower Fish Market Inc. filed a motion to withdraw, which the Court granted on July 8, 2026. (Dkt. 123.) The Court ordered counsel for the corporate entity to appear by August 7, 2026. (Id.) No appearance was made, and Plaintiff obtained a Certificate of Default as to Sunflower Fish Market Inc. on September 10, 2026. (Dkt. 130.)

Certificates of Default having been issued against all four Defendants, Plaintiff shall move for default judgment as to all Defendants by **January 5, 2027**, or shall otherwise show cause why the case should not be dismissed for failure to prosecute.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: November 19, 2026
New York, New York

Copies transmitted this date to all parties of record.